DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN R. CHOATE, CHOATE, INC.,** and
**MYCO INDUSTRIES, INC.,**
Appellants,

v.

**RYSURG, LLC,** a Michigan Limited Liability Company, **RYSURG, LLC,** a
Florida Limited Liability Company, **RYNERSON, INC.,** a Florida
Corporation, **JAMES R. RYNERSON,** and **BLEPHEX, LLC,** a
Florida Limited Liability Company,
Appellees.

No. 4D20-2764

[March 31, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2014-CA-
000805-XXXX-MB.

Christopher Kammerer of Kammerer Mariani PLLC, West Palm Beach,
for appellants.

James Stepan of the Law Offices of James A. Stepan, P.A., Hollywood,
for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***